**Order entered March 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00984-CR

**NATASHA FERNETTE REED, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F08-63868-R**

## ORDER

By order entered February 12, 2013, the Court extended the time to file appellant's brief to March 25, 2013. Appellant's brief was filed on March 1, 2013. Therefore, we **DENY AS MOOT** appellant's March 2, 2013 motion for an extension of time to file appellant's brief.

/s/    LANA MYERS
           JUSTICE